**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MANUEL DE JESUS SANDOVAL ORELLANA** | **CIVIL ACTION NO. 26-1774-P** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Petitioner Manuel de Jesus Sandoval Orellana's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26th day of August, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE